**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1692**

_____

In re:  CLIFTON WILLIAM BATTS,

      Petitioner.

_____

On Petition for Writ of Mandamus.  (5:21-hc-02239-M)

_____

Submitted:  July 21, 2022                          Decided:  August 8, 2022

_____

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Clifton William Batts, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton William Batts petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*